■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAAL MORTON, Appellant. [846 NYS2d 466]—Carpinello, J. Appeal from a judgment of the County Court of Schenectady County (Drago, J.), rendered September 9, 2005, upon a verdict convicting defendant of the crimes of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree.

Following a four-day trial at which 10 witnesses testified, defendant was convicted of the crimes of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree. At sentencing, defendant executed a waiver of his right to appeal and was sentenced as a second felony offender to concurrent terms of imprisonment of 4½ to 9 years. Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues to be raised on appeal (*see Anders v California*, 386 US 738 [1967]).

Upon our review of the record, we perceive at least one issue of arguable merit regarding the validity of defendant's waiver of appeal (*see People v Lewis*, 29 AD3d 1076, 1076-1077 [2006]; *People v Santalucia*, 9 AD3d 740, 740-741 [2004]; *see also People v Smith*, 32 AD3d 553, 555-556 [2006]), and a determination of the enforceability of defendant's waiver may bring up for review any meritorious issues regarding, among other things, the pretrial procedures and hearings and the four-day trial which resulted in defendant's conviction (*see People v Santalucia*, 9 AD3d at 740; *see also Matter of Taylor v Fry*, 42 AD3d 680, 681 [2007]). Accordingly, the application of defendant's current

counsel to be relieved of his assignment is granted and new counsel will be assigned to address any issues that the record may disclose (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]).

Crew III, J.P., Peters, Spain and Mugglin, JJ., concur. Ordered that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.